■ The People of the State of New York, Appellant, v Justin T. Frank, Respondent. [996 NYS2d 201]—Appeal from an order of the Erie County Court (Michael F. Pietruszka, J.), dated October 18, 2013. The order granted defendant's motion to suppress physical evidence and statements made by defendant to police officers.

It is hereby ordered that the order so appealed from is unanimously affirmed and the indictment is dismissed. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Valentino, JJ.